IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO OJEDA-HERRERA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-00053-C |
| C. STEARNS, | § § § | |
| Respondent. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice.

Dated March 4, 2024.

SAM R. CUMMINGS
Senior United States District Judge